Auzio HEWLETT, Plaintiff–Appellant

v.

Captain GRAM; Jessica Gage; Lieutenant Santine, Defendants–Appellees.

No. 13–3448.

United States Court of Appeals, Eighth Circuit.

Submitted: July 18, 2014.

Filed: July 28, 2014.

Auzio Hewlett, Big Spring, TX, pro se.

Lonnie Frank Bryan, U.S. Attorney's Office, Minneapolis, MN, for Defendants–Appellees.

Before BYE, SMITH, and KELLY Circuit Judges.

[Unpublished]

PER CURIAM.

Federal inmate Auzio Hewlett appeals the district court's [1] adverse grant of summary judgment in his action under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Upon de novo review, *see Sisney v. Reisch*, 674 F.3d 839, 843 (8th Cir.2012), we find that there was no record support for Hewlett's

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

constitutional claims, *see Scheffler v. Molin,* 743 F.3d 619, 620–21 (8th Cir.2014) (when qualified-immunity defense is asserted, this court evaluates both whether defendant violated plaintiff's constitutional rights and whether those rights were clearly established; if there is no constitutional violation, however, this court need not proceed further). We also find no merit to Hewlett's arguments for reversal. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

